NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1378, -1387

GENERAL PROTECHT GROUP, INC.,

Appellant,

and

WENZHOU TRIMONE SCIENCE & TECHNOLOGY ELECTRIC CO., LTD.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

PASS & SEYMOUR, INC.,

Intervenor.

On appeal from the United States International Trade Commission
in Investigation No. 337-TA-615.

ON MOTION

## O R D E R

Upon consideration of Pass & Seymour, LLC's unopposed motion for leave to intervene,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Intervenor's brief is due within 40 days from the service of the appellants' opening brief.

FOR THE COURT

JUL 0 1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Ann G. Fort, Esq.
        Lei Mei, Esq.
        Paul M. Bartkowski, Esq.
        Mark J. Abate, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 1 2009

JAN HORBALY
CLERK

2009-1378, -1387                    2